UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  CASE No. 6:14-cr-143-Orl-18GJK

MATTHEW JONES

**NOTICE OF POSSIBLE CONFLICT OF INTEREST**

To assist the Court in its responsibility of appointment of counsel pursuant to Fed. R. Crim. P. 44, and Title 18, United States Code, Section 3006A, I certify that the following attorneys may have a conflict of interest if appointed to represent the above defendant because of representation of other individuals:  none

Dated: June 27, 2014

Respectfully submitted,

A. LEE BENTLEY, III
United States Attorney

By:  *s/David Haas*
DAVID HAAS
Assistant United States Attorney
Florida Bar No. 0494674
400 W. Washington Street, Suite 3100
Orlando, Florida 32801
Telephone:  (407) 648-7500
Facsimile:   (407) 648-7643
E-mail:       david.haas@usdoj.gov