UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE No. 6:14-cr-143-Orl-18GJK

MATTHEW JONES

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

☐   IS         related to pending or closed civil or criminal cases previously filed in this court, or any other Federal or State court, or administrative agency as indicated below:

☒   IS NOT    related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than eleven days after appearance of the party.

Dated: June 27, 2014

                            Respectfully submitted,

                            A. LEE BENTLEY, III
                            United States Attorney

                    By:   *s/David Haas*
                            DAVID HAAS
                            Assistant United States Attorney
                            Florida Bar No. 0494674
                            400 W. Washington Street, Suite 3100
                            Orlando, Florida 32801
                            Telephone:   (407) 648-7500
                            Facsimile:    (407) 648-7643
                            E-mail:       david.haas@usdoj.gov

U.S. v. MATTHEW JONES          Case No. 6:14-cr-143-Orl-18GJK

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2014, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the following:

Maria Guzman, counsel for defendant

           *s/David Haas*
           DAVID HAAS
           Assistant United States Attorney
           Florida Bar No. 0494674
           400 W. Washington Street, Suite 3100
           Orlando, Florida 32801
           Telephone:(407) 648-7500
           Facsimile:(407) 648-7643
           E-mail:   david.haas@usdoj.gov