**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**　　　　　　　　　　　　　　　　　　　　　　**Case No. 6:14-cr-143-Orl-18GJK**

**MATTHEW JONES,**

    **Defendant.**
_____/

### MOTION TO WITHDRAW AND SUBSTITUTION OF COUNSEL

The Defendant, Matthew Jones, by and through the undersigned attorney, files this *Motion to Withdraw and Substitution of Counsel,* pursuant to Local Rule 2.03, in the above-styled cause. As grounds and in support thereof, it is averred:

1.　On June 17, 2014, Mr. Jones made his initial appearance pursuant to the complaint which was filed on May 14, 2014 (Docs. 1, 7). The Office of the Federal Defender was appointed to represent Mr. Jones. (Doc. 9).

2.　On June 17, 2014, the court ordered that Mr. Jones remain incarcerated pending trial (Doc. 11).

3.　On June 25, 2014, the undersigned counsel received a CM/ECF notice of electronic notice from the Court which indicates that Rick Jancha, Esquire, has filed a notice of appearance in Mr. Jones' case (Doc. 14). Therefore, the Office of the Federal Defender requests to withdraw as counsel of record in this case. Further, it is requested that the Clerk of Court remove Maria Guzman and the Office of the Federal Defender as Counsel for Mr.

Jones.

4. As of the filing of this motion, the undersigned has been unable to communicate with Assistant United States Attorney David L. Haas as to the government's position regarding this motion.

Wherefore, the undersigned attorney requests this Honorable Court enter its order allowing the Office of the Federal Defender to withdraw from any further representation of the Defendant, Matthew Jones. Further, it is requested that the Court direct the Clerk of Court to remove the undersigned attorney and the Office of the Federal Defender as counsel and substitute Rick Jancha, Esquire, with all future CM/ECF notifications in this matter.

I HEREBY CERTIFY that a true and correct copy of the foregoing *Motion to Withdraw and Substitution of Counsel,* was furnished by using the CM/ECF system with the Clerk of the Court, which will send notice of the electronic filing to Assistant United States Attorney David L. Haas, this 3rd day of July 2014.

DONNA LEE ELM
FEDERAL DEFENDER

s/ *Maria Guzman*
Maria Guzman
Assistant Federal Defender
Florida Bar No. 053325
201 S. Orange Avenue, Suite 300
Orlando, FL 32801
Telephone: 407-648-6338
Fax: 407-648-6095
E-Mail: maria_guzman@fd.org